Scott Oborne, OSB #062333
scott.oborne@jacksonlewis.com
Anthony Copple, OSB #163651
anthony.copple@jacksonlewis.com
JACKSON LEWIS P.C.
200 SW Market St., Ste. 540
Portland, Oregon 97201
Telephone: (503) 229-0404
Facsimile: (503) 229-0405
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| TODD CLEARY,<br><br>Plaintiff,<br><br>vs.<br><br>LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., a corporation, and JOSE LOMELI, an individual,<br><br>Defendants. | Case No.: 3:23-CV-01071<br><br>**DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL JURISDICTION**<br>**(Diversity)**<br><br>**[Multnomah County Circuit Court Case No. 23CV20079]** |

TO:    CLERK OF THE COURT

AND TO:    PLAINTIFF TODD CLEARY AND HIS COUNSEL.

PLEASE TAKE NOTICE that Love's Travel Stops & Country Stores, Inc. ("Love's") and Jose Lomeli ("Lomeli") (collectively "Defendants") hereby remove this action from the Circuit

Page 1 – DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL JURISDICTION

Jackson Lewis P.C.
200 SW Market St. Ste. 540
Portland OR 97201
(503) 229-0404 | (503) 229-0405
(fax)

Court for the State of Oregon for the County of Multnomah to this Court on the grounds of diversity jurisdiction and pursuant to 28 U.S.C. § 1332. In support thereof, Defendants respectfully state as follows:

1. On May 16, 2023, Plaintiff Todd Cleary ("Plaintiff") filed a complaint in the Circuit Court of the State of Oregon entitled: "*Todd Cleary v. Love's Travel Stops & Country Stores, Inc. and Jose Lomeli*," Multnomah County Circuit Court, Case No. 23CV20079 ("Complaint"). Copies of the Complaint and Summons in that action are attached to this Notice of Removal ("Notice") as **Exhibit 1** and constitute all process, pleadings, and orders that have been served on Defendants, or of which Defendants have received, in that action up to the present date.

2. 28 U.S.C. § 1446(b) requires that a notice of removal must be filed no more than 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based. Defendants Love and Lomeli accepted service of the Complaint on June 24, 2023, and July 14, 2023, respectively. Accordingly, Defendants' removal under 28 U.S.C. § 1446(b) is timely. *Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354-56 (1999).

3. This Court has diversity jurisdiction over this action under 28 U.S.C. § 1332, and the matter is removable under 28 U.S.C. § 1441 because the parties are completely diverse and the amount in controversy exceeds $75,000. Plaintiff is a citizen and resident of Oregon. Complaint ("Compl.") ¶ 4. Love's is a corporation. As a corporation, Love's is a citizen of every state in which it is incorporated and has its principal place of business. *See* 28 U.S.C. §1332(c). Love's principal place of business is in Oklahoma, and it is also incorporated in Oklahoma. Lomeli is a resident and citizen of California. Compl. ¶ 6. All Defendants consent and join in this removal.

4. Because this action is between citizens of different states, the complete diversity requirement under 28 U.S.C. § 1332 is satisfied.

Page 2 – DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL JURISDICTION

**Jackson Lewis P.C.**
200 SW Market St. Ste. 540
Portland OR 97201
(503) 229-0404 | (503) 229-0405
(fax)

5. The amount in controversy exceeds $75,000. In the Complaint, Plaintiff seeks $715,305.46 for damages. As $715,305.46 is greater than $75,000, the amount in controversy requirement for diversity jurisdiction under 28 U.S.C. § 1332 is satisfied.

6. The United States District Court for the District of Oregon Portland Division is the federal district within which the above-described Multnomah County Circuit Court action was commenced.

7. A copy of this Notice of Removal will be served on Plaintiff as affirmed in the attached declaration of service.

8. Defendants acknowledge that 28 U.S.C. § 1446(d) also requires that a copy of the federal court Notice of Removal be filed with the Multnomah County Circuit Court and will accordingly file it with the Multnomah County Circuit Court.

9. This notice is signed pursuant to Federal Rule of Civil Procedure 11.

WHEREFORE, Defendants pray for removal of the action pending in the Circuit Court of the State of Oregon for Multnomah County, bearing case No. 23CV20079, to this Court, pursuant to 28 U.S.C. § 1332.

DATED: July 24, 2023.

    Respectfully Submitted,
    JACKSON LEWIS P.C.

    By: *s/ Anthony Copple*
    Scott Oborne, OSB #062333
    scott.oborne@jacksonlewis.com
    Anthony Copple, OSB #163651
    anthony.copple@jacksonlewis.com
    Attorneys for Defendants

## DECLARATION OF SERVICE

I hereby certify that I served the foregoing **DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL JURISDICTION** via:

- ☐ Electronic Mail
- ☐ US Postal Service
- ■ CM/ECF
- ☐ Facsimile Service
- ☐ Hand Delivery
- ☐ UPS

as follows on the date stated below:

>Courtney Angeli, OSB #941765
>Emerson Lenon, OSB #123728
>Buchanan Angeli Altschul & Sullivan LLP
>921 SW Washington St., Ste. 516
>Portland, OR 97205
>courtney@baaslaw.com
>emerson@baaslaw.com

>*Attorneys for Plaintiff*

DATED this 24th day of July, 2023.

By: ___*s/ Delores Petrich*___
      Delores Petrich

4870-3363-7489, v. 1

Page 4 – DECLARATION OF SERVICE

**Jackson Lewis P.C.**
200 SW Market St. Ste. 540
Portland OR 97201
(503) 229-0404 | (503) 229-0405
(fax)